RECEIVED
IN ALEXANDRIA, LA.

OCT 28 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALIEX P. PAPPILLION** | : | **DOCKET NO. 07 cv 2162** |
| VS. | : | **JUDGE TRIMBLE** |
| **DON DIXON, ET AL.** | : | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights complaint against Chief Don Dixon, Dayton Cook, Rebecca Lynn Wilson, and Franklin Fondel be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that plaintiff's excessive force claims against defendants Jeffrey Atkinson and Mitchell D. Sawyer should be **DISMISSED WITHOUT PREJUDICE** until the pending criminal case has run its course.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 28th day of October, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE